KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JON HETER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| CITY OF HUTCHINSON, KANSAS, and | ) | |
| | ) | |
| OFFICER JOSH LONG, in his individual and | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

Plaintiff Jon Heter ("Jon"), for his cause of action against Defendants, Officer Josh Long ("Officer Long") and the City of Hutchinson, Kansas ("Hutchinson"), states and alleges as follows:

**Parties**

1. Jon is a resident of the State of Kansas.

2. Officer Long was, at all times relevant, a police officer for the Hutchinson Police Department and may be served with process at 823 E. 7th Avenue, Hutchinson, Kansas 67501.

3. Hutchinson is a city in Kansas and can be served with process by service on the Hutchinson City Clerk at 125 E Avenue B, Hutchinson, KS 67501.

**Jurisdiction**

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1343.

**Venue**

5. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

6. Jon is a 55-year old man and a resident of Hutchinson, Kansas.

7. Jon was riding his bicycle home from work one night when Officer Long stopped Jon for riding on the sidewalk at night without a light affixed.

8. When Jon did not give Officer Long his date of birth as requested, Officer Long handcuffed and arrested him for interference with law enforcement, and during a search incident to arrest, the officer discovered evidence of other crimes.

9. Ultimately, Jon was convicted and sentenced to an underlying seventeen-month prison term in which he served three months in prison and twelve months on probation.

10. The trial court's conviction was appealed to the Kansas Court of Appeals, which found that there was an unlawful arrest and search by Officer Long. Specifically, the Kansas Court of Appeals determined that Officer Long had not identified any probable cause for a misdemeanor arrest.

**Theories of Recovery**

**COUNT I**

**UNLAWFUL ARREST**

11. Jon realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above.

12. Jon was subjected to unlawful arrest in violation of § 15 of the Constitution of the State of

Kansas Bill of Rights and the Fourth Amendment of the United States Constitution when his person and property was unreasonably searched and seized by Officer Long.

13. Hutchinson failed to properly train Officer Long and/or had customs or policies that led to Jon's constitutional rights being violated by Officer Long.

## COUNT II

## CONSTITUTIONAL DEPRIVATION

14. Jon realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above.

15. Hutchinson violated Jon's federal rights when he was unlawfully seized, and thus deprived of his rights and privileges secured by the Constitution and laws. Hutchinson inadequately trained Officer Long and/or had customs or policies that led to the violation of Jon's constitutional rights.

16. Officer Long violated Jon's federal rights when he unlawfully seized, and thus deprived Jon of his rights and privileges secured by the Constitution and laws.

17. Pursuant to 42 U.S.C. § 1983, Jon is entitled to damages in excess of $75,000.00.

18. Pursuant to 42 U.S.C. § 1988(b), Jon is entitled to be compensated for his attorney's fees.

WHEREFORE, Jon requests that the Court enter judgment in his favor and against Officer Long and Hutchinson in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against Officer Long and Hutchinson; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: September 23, 2019.

RESPECTFULLY SUBMITTED,

/s/ Larry G. Michel
Larry G. Michel, #14067
Laurel A. Michel #27897
KENNEDY BERKLEY YARNEVICH

& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]
lmichel@kenberk.com
laurelmichel@kenberk.com
ATTORNEYS FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

/s/  Larry G. Michel
Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan. Rule 40.2, Plaintiff designates Wichita, Kansas as the place of Trial.

/s/   Larry G. Michel
Larry G. Michel